UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

MONICA BIRCH-MIN, et al.,

    Plaintiffs,

v.

MIDDLESEX COUNTY BOARD OF
SOCIAL SERVICES, et al.,

    Defendants.

Civil Action No. 14-476-BRM-DEA

**ORDER**

---

**THIS MATTER** is opened to the Court on the following motions: (1) Defendant Plainsboro Police Department's ("Plainsboro PD") motion for summary judgment (ECF No. 106); (2) Defendant Middlesex County Board of Social Services' ("MCBSS") motion for summary judgment (ECF No. 109); (3) Plaintiff Monica Birch-Min's ("Plaintiff") cross-motion for summary judgment (ECF No. 110); and (4) Plaintiff's motion to strike defendants' motions for summary judgment (ECF No. 116); and the Court having reviewed the papers submitted in support of and in opposition to the respective motions; and for the reasons set forth in the Court's accompanying Opinion; and for good cause shown,

**IT IS** on this 16th day of March, 2017,

**ORDERED** that Plainsboro PD's Motion for Summary Judgment (ECF No. 106) is **GRANTED**; and it is further

**ORDERED** that MCBSS's Motion for Summary Judgment (ECF No. 109) is **GRANTED**;

**ORDERED** that Plaintiff's Cross-Motion for Summary Judgment (ECF No. 110) is **DENIED**; and it is further

**ORDERED** that Plaintiff's Motion to Strike (ECF No. 116) is **DENIED**; and it is further

**ORDERED** that Plaintiff's Second Amended Complaint (ECF No. 59) is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that this case is **CLOSED**.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**