IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONICA BIRCH-MIN, et al., | : |
| Plaintiffs, | : |
| v. | : Civ. Action No.: 3:14-cv-0476-BRM-DEA |
| MIDDLESEX COUNTY BOARD OF SOCIAL SERVICES, et al., | : ORDER |
| Defendants. | : |

**THIS MATTER** having been opened to the Court by Plaintiff Monica Birch-Min ("Plaintiff") upon the filing of a Motion to Disqualify the Undersigned filed on March 30, 2017 (ECF No. 128); the Court having reviewed the papers submitted by counsel in support of and in opposition to Plaintiff's motion pursuant to Federal Rule of Civil Procedure 78(b); and for the reasons set forth in the accompanying Opinion and for good cause shown;

**IT IS** on this 18th day of April 2017,

**ORDERED** that Plaintiff's Motion to Disqualify the Undersigned (ECF No. 128) is **DENIED**.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**